GODFREY & KAHN, S.C.
Jennifer L. Gregor (WI SBN 1078174) – Pro Hac Vice Application Forthcoming
  JGregor@gklaw.com
One East Main Street, Suite 500
Madison, WI  53703-3300
Telephone:  608-257-3911
Facsimile:   608-257-0609

Emma Jewell (WI SBN 1104663) – Pro Hac Vice Application Forthcoming
  ejewell@gklaw.com
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Telephone:  414-273-3500
Facsimile:   414-273-5198

Aaron L. Renfro, Bar No. 255086
  arenfro@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:  (949) 717-3000
Fax:  (949) 717-3100

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHL'S, INC., a Delaware corporation; and KIN, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICIAL BRAND LICENSED COMPANY, a California corporation; and JAMES EUNSUK CHOI, an individual;<br><br>Defendants. | Case No.<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br><br>Complaint Filed:  None Set<br>Trial Date:         None Set |

Plaintiffs Kohl's, Inc. and KIN, Inc. (collectively "Kohl's") allege the following against Defendants, Official Brand Licensed Company and James Eunsuk Choi.

## INTRODUCTION

1. Kohl's is a famous national retailer that provides retail products and services through its KOHL'S retail stores, KOHL'S mobile application, and website at www.kohls.com, including a wide variety of apparel, footwear, accessories, home goods and beauty products. This is an action for trademark infringement, dilution and unfair competition based on the defendants' use of SWISS KOHL'S to operate a website and purportedly provide branded products and licensing opportunities through its website at www.swisskohls.com.

## THE PARTIES

2. Kohl's, Inc. is a Delaware corporation with a principal place of business located at N56 W17000 Ridgewood Drive, Menomonee Falls, Wisconsin 53051.

3. KIN, Inc. is a Nevada corporation with a principal place of business located at New York Square, 4340 Fox Valley Center Drive, Aurora, Illinois 60504.

4. On information and belief, Official Brand Licensed Company is a California corporation having a principal place of business at 1717 Gage Rd., Montebello, California 90640.

5. On information and belief, James Eunsuk Choi is a California citizen having an address of 1717 Gage Rd., Montebello, California 90640. James Eunsuk Choi is the registered agent and CEO of Official Brand Licensed Company, the purported owner of SWISS KOHL'S and the domain name www.swisskohls.com.

## JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1338, as this action arises under the Trademark Act of the United States. This court also has

jurisdiction under 28 U.S.C. § 1331 for actions arising under the laws of the United States.

7. This Court has personal jurisdiction over defendants pursuant to Cal. Code Civ. Proc. § 410.10 because defendants either reside in California, are organized under the laws of California, and/or conduct business in the State.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) because defendants reside in and/or are organized under the laws of this State and in this judicial district and a substantial part of the events giving rise to the claim occurred in this district.

**KOHL'S BUSINESS AND TRADEMARK RIGHTS**

9. Kohl's is a nationwide retailer with over 65 million customers and more than 1,100 retail stores in 49 states. Kohl's provides its customers a broad range of high-quality products, including but not limited to apparel, footwear, accessories, beauty products, home goods and consumer products including appliances and electronics.

10. In addition to its retail stores, Kohl's sells products through its mobile application and website at www.kohls.com. Kohl's owns the domain name www.kohls.com, which it registered in 1998.

11. A significant portion of Kohl's business is focused on building, evolving, and curating successful brands, and Kohl's has decades of experience in this area. Kohl's brand portfolio includes a combination of national brands, as well as proprietary brands that are owned by Kohl's and licensed from third parties.

12. Kohl's owns the exclusive right to use the name and trademark KOHL'S in connection with retail services and the categories of products it sells.

13. Kohl's owns valid and subsisting federal trademark registrations for KOHL'S, including but not limited to, U.S. Trademark Registration No. 2,047,904 for KOHL'S for retail department store services, registered on March 25, 1997 and U.S.

Trademark Registration No. 2,292,684 for KOHL'S and Design, registered on November 16, 1999. Kohl's also owns pending federal trademark application Serial No. 98/025,492 for the mark KOHL'S for hats, sweatshirts, t-shirts, tops as clothing, outer jackets, drinkware, and tote bags, which claims a date of first use of December 31, 2017.

14. Kohl's invests substantially in its KOHL'S name and brand. The KOHL'S brand is featured prominently on and in every store, on the company's digital platforms such as its website and on its mobile application. Kohl's promotes its brand through national television, print, and digital advertising campaigns. Approximately 80% of Americans live within 15 miles of a KOHL'S store.

15. Kohl's has long owned the goodwill represented by its trademarks.

16. By virtue of Kohl's extensive use, advertising, and promotion of its brand, the KOHL'S marks have become famous and have acquired a strong secondary meaning identifying Kohl's and its products and services.

**DEFENDANTS' INFRINGEMENT**

17. In violation of Kohl's trademark rights, Defendants have been and are using the name KOHL'S, the mark SWISS KOHL'S, and the domain name www.swisskohls.com to promote products and brand licensing services related to a "lifestyle brand."

18. On information and belief, James Eunsuk Choi registered the domain name www.swisskohls.com on May 13, 2021.

19. The homepage of www.swisskohls.com is shown below:



20. The "About Us" page states: "SWISS KOHL'S inherits the value of the world-class Swiss luxury brand and is widely known for its strength through systematic and robust brand licensing management."

21. A purported timeline of the SWISS KOHL'S brand is also shown on the "About Us" page:



22. In addition to referencing SWISS KOHL'S the timeline and website refer to KOHL'S in multiple places.

23. The SWISS KOHL'S website purports to offer products branded with the SWISS KOHL'S logo in the categories of fashion, living, golf, digital, beauty, health and mobile.

24. On information and belief, Defendants also license or offer to license the brand SWISS KOHL'S for use by others. For example, the website at www.swisskohls.com refers to its purported licensing services, and "licensing management." See http://www.swisskohls.com/_en/about.php. Additionally, the website provides a form for a "Brand Use Request."

25. Many of the products advertised on www.swisskohls.com are the same or substantially similar to the types of products offered for sale by Kohl's via its website www.kohls.com.

26. An example of the digital products page advertising products branded with SWISS KOHL'S is shown here:



27. More details are provided when a product is selected, as shown below:



28. The products advertised on www.swisskohls.com do not appear to be available for purchase.

29. The website www.swisskohls.com states that it is copyrighted by Official Brand Licensed Company.



30. According to business records maintained by the California Secretary of State, Official Brand Licensed Company was incorporated in California on February 15, 2022.

31. Choi is the registered agent of Official Brand Licensed Company.

32. On information and belief, Choi is also the CEO of Official Brand Licensed Company.

33. On March 1, 2022, Choi filed a trademark application with the United States Patent and Trademark Office for the mark SWISS KOHL'S for earphones and headphones, karaoke machines, microphones, audio speakers, and personal stereos, claiming a date of first use and first use in commerce of January 5, 2019.

34. The USPTO issued an office action refusing registration of Choi's trademark application based on a likelihood of confusion with Kohl's trademark registrations identified above. Choi did not respond to the office action and abandoned the trademark application.

35. As of the date of this complaint, products branded with the SWISS KOHL'S mark are advertised on www.swisskohls.com.

36. As of the date of this complaint, the SWISS KOHL'S mark is featured prominently on www.swisskohls.com.

### FIRST CAUSE OF ACTION
**Trademark Infringement**
**15 U.S.C. § 1114**

37. Kohl's incorporates by reference the preceding paragraphs.

38. Defendants' use of the name KOHL'S, the mark SWISS KOHL'S and the domain name www.swisskohls.com are likely to cause confusion, cause mistake, or deceive consumers as to the origin, sponsorship, or approval by Kohl's of the Defendants' services and/or goods.

39. Defendants' use of SWISS KOHL'S and the domain name www.swisskohls.com violates Kohl's rights in its KOHL'S trademark and constitutes trademark infringement in violation of the Trademark Laws of the United States, 15 U.S.C. § 1114.

40. Defendants' actions as described above are willful and Defendants have intentionally used the KOHL'S trademark in an attempt to trade on its goodwill and profit therefrom.

41. Defendants' actions have irreparably damaged Kohl's and, unless enjoined, will continue to cause Kohl's irreparable harm.

## SECOND CAUSE OF ACTION
### Dilution
### 15 U.S.C. § 1125(c)

42. Kohl's incorporates by reference the preceding paragraphs.

43. Kohl's has engaged in extensive nationwide advertising, promotion, and use of the KOHL'S marks for decades. Further, Kohl's has had massive sales of goods and services in connection with its KOHL'S marks.

44. The extensive and frequent advertising and promotion and commercial success of the brand has had a substantial impact on the public and has long created an association in the minds of consumers between Kohl's and the KOHL'S marks such that these marks are famous and were famous nationwide before Defendants commenced their unauthorized use of the marks.

45. Defendants' actions described above, all occurring after the KOHL'S marks became famous, are likely to cause dilution by blurring and dilution by tarnishment of the distinctive quality of those trademarks in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

46. The actions of Defendants described above have at all times relevant to this action been willful.

47. As a direct and proximate result of Defendants' actions as alleged above, Kohl's has been and will continue to be damaged and irreparably harmed unless Defendants are enjoined.

## THIRD CAUSE OF ACTION

### Cybersquatting

### 15 U.S.C. § 1125(d)

48. Kohl's incorporates by reference the preceding paragraphs.

49. Kohl's is the exclusive owner of the KOHL'S marks, including U.S. Trademark Registration Nos. 2,047,904 and 2,292,684.

50. The KOHL'S mark was distinctive at the time the domain name www.swisskohls.com was registered.

51. Defendants registered the domain name www.swisskohls.com which is identical or confusingly similar to the KOHL'S trademark and Kohl's domain name.

52. Defendants have a bad faith intent to profit from the registration and use of a domain name confusingly similar to and incorporating the KOHL'S mark.

53. Defendants violated 15 U.S.C. § 1125(d), entitling Kohl's to an order transferring the domain name www.swisskohls.com to Kohl's.

## FOURTH CAUSE OF ACTION

### Unfair Competition under the Lanham Act, 15 U.S.C. §1125(a), and
### California State Law, Cal. Bus. & Prof. Code Ann. § 17200 et seq.

54. Kohl's incorporates by reference the preceding paragraphs.

55. Defendants' use of the name KOHL'S, the mark SWISS KOHL'S and the domain name www.swisskohls.com as alleged herein constitutes the use of names and marks that are likely to cause confusion, cause mistake, or to deceive customers as to the affiliation, connection or association of SWISS KOHL'S with KOHL'S, or as to the

origin, sponsorship, or approval of SWISS KOHL'S business, all in violation of 15 U.S.C. § 1125(a) and California state law.

56. Defendants' manufacture, licensing, promotion, sale and offer for sale of products branded or co-branded with the mark SWISS KOHL'S as alleged herein constitutes the use of names and marks that are likely to cause confusion, cause mistake, or to deceive customers as to the affiliation, connection or association of SWISS KOHL'S with KOHL'S, or as to the origin, sponsorship, or approval of SWISS KOHL'S business, all in violation of 15 U.S.C. § 1125(a) and California state law.

57. Defendants' use of KOHL'S, SWISS KOHL'S and the domain name www.swisskohls.com as alleged herein have irreparably damaged Kohl's and unless enjoined will continue to cause Kohl's irreparable harm.

## **PRAYER**

WHEREFORE, Kohl's requests that judgment be entered in its favor and against Defendants with an Order requiring:

(a) Defendants, their agents, representatives, employees, attorneys and all persons acting or claiming to act on their behalf or under their direction or authority, and all persons acting in active concert or participation with Defendants, be permanently enjoined from:

(i) Making any use of the KOHL'S trademark, including the mark SWISS KOHL'S and the domain name www.swisskohls.com;

(ii) Using any other name, mark, logo, domain name or other designation, consisting in whole, or in part, of the KOHL'S trademark, or which includes a colorable imitation or variation thereof;

(iii) Performing any other acts that are likely to confuse the consuming public or make consumers believe that Defendants are in any manner affiliated, licensed, sponsored, or authorized by Kohl's;

(b) Manufacturing, developing, using, promoting, selling or offering for sale any products bearing the SWISS KOHL'S mark, or any other name, mark, logo, symbol, or other designation, consisting in whole, or in part, of the KOHL'S trademark, or which includes a colorable imitation or variation thereof;

(c) That the domain name www.swisskohls.com be transferred to Kohl's;

(d) An award of damages, to be determined at trial, including disgorgement of profits and enhanced damages as provided in 15 U.S.C. § 1117;

(e) An award of costs, interest, and attorneys' fees; and

(f) Any such other and further relief as the Court deems just and equitable.

Dated:  December 28, 2023

CALL & JENSEN
A Professional Corporation
Aaron L. Renfro

By: */s/ Aaron L. Renfro*
Aaron L. Renfro

Attorneys for Plaintiffs

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38, Kohl's respectfully demands a trial by jury for all claims so triable.

Dated:  December 28, 2023

CALL & JENSEN
A Professional Corporation
Aaron L. Renfro

By: */s/ Aaron L. Renfro*
Aaron L. Renfro

Attorneys for Plaintiffs