NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CALL & JENSEN, A Professional Corporation
Aaron L. Renfro, Bar No. 255086
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel: (949) 717-3000
arenfro@calljensen.com
[Additional Attorneys for Plaintiff listed on Attachment 1]

ATTORNEY(S) FOR:  Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHL'S, INC. and KIN, INC., | CASE NUMBER: |
| Plaintiff(s), | |
| v. | |
| OFFICIAL BRAND LICENSED COMPANY and JAMES EUNSUK CHOI, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                     Plaintiffs Kohl's, Inc. and Kin, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| KOHL'S, INC. | Plaintiff |
| KIN, INC. | Plaintiff |
| KOHL'S CORPORATION | Parent Company of Plaintiffs |
| JAMES EUNSUK CHOI | Defendant |
| OFFICIAL BRAND LICENSED COMPANY | Defendant |

December 28, 2023

Date

/s/ Aaron L. Renfro

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs