MC-025

| SHORT TITLE: Kohl's, Inc. v. Official Brand Licensed Company | CASE NUMBER: |
|---|---|

**ATTACHMENT** *(Number):* 1

*(This Attachment may be used with any Judicial Council form.)*

Additional counsel for Plaintiffs:

GODFREY & KAHN, S.C.
JENNIFER L. GREGOR (WI SBN 1078174) - Pro Hac Vice Application Forthcoming
JGregor@gklaw.com
One East Main Street, Suite 500
Madison, WI  53703-3300
Telephone: 608-257-3911
Facsimile: 608-257-0609

EMMA JEWELL (WI SBN 1104663) - Pro Hac Vice Application Forthcoming
ejewell@gklaw.com
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Telephone:  414-273-3500
Facsimile: 414-273-5198

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov