# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHLS, INC. , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>OFFICIAL BRAND LICENSED COMPANY , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:23−cv−10859−GW−JC<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|   01/03/2024   |     12     |         Request for Summons     |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The caption of the summons must match the caption of the complaint verbatim. If the caption is too large to fit in the space provided, enter the name of the first party and then write "see attached." Next, attach a face page of the complaint or a second page addendum to the Summons.

*Other Error(s):*

Please note that any attachment should be attached to the Summons and not as a separate attachment in the docket entry.

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

|  |  |
|---|---|
|  | Clerk, U.S. District Court |
| Date: January 3, 2024 | By:  /s/ *Alison Bandek*<br> *alison_bandek@cacd.uscourts.gov* |

Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –