AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| KOHL'S, INC., a Delaware corporation; and KIN, INC., a Nevada corporation,<br><br>*Plaintiff(s)*<br><br>v.<br><br>OFFICIAL BRAND LICENSED COMPANY, a California corporation; and JAMES EUNSUK CHOI, an individual;<br><br>*Defendant(s)* | Civil Action No. 2:23-cv-10859 GW (JCx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  OFFICIAL BRAND LICENSED COMPANY, a California corporation; and JAMES EUNSUK CHOI, an individual;

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CALL & JENSEN, A Professional Corporation
Aaron L. Renfro, Bar No. 255086
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel: (949) 717-3000; arenfro@calljensen.com
SEE ATTACHED

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____        _____
                                                                            *Signature of Clerk or Deputy Clerk*

GODFREY & KAHN, S.C.
Jennifer L. Gregor (WI SBN 1078174) – Pro Hac Vice Application Forthcoming
  JGregor@gklaw.com
One East Main Street, Suite 500
Madison, WI  53703-3300
Telephone:  608-257-3911
Facsimile:  608-257-0609

Emma Jewell (WI SBN 1104663) – Pro Hac Vice Application Forthcoming
  ejewell@gklaw.com
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Telephone:  414-273-3500
Facsimile:  414-273-5198

Aaron L. Renfro, Bar No. 255086
  arenfro@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:  (949) 717-3100

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHL'S, INC., a Delaware corporation; and KIN, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICIAL BRAND LICENSED COMPANY, a California corporation; and JAMES EUNSUK CHOI, an individual;<br><br>Defendants. | Case No. 2:23-cv-10859 GW (JCx)<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br><br>Complaint Filed:  None Set<br>Trial Date:          None Set |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-10859 GW (JCx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: